UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:06-cr-46 (JDB) |
| | ) | |
| LORELLE S. DANCE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

The Clerk of this Court will please note the appearance of Frederick D. Cooke, Jr, as counsel for Defendant Lorrelle S. Dance in the above-captioned matter.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr. D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

202 861 0870
202 429 06 57

Counsel for Lorrelle S. Dance

## CERTIFICATE OF SERVICE

      I, Frederick D. Cooke, Jr., do hereby certify that on this 6th day of March, 2006 a copy of the foregoing Notice of Appearance of Counsel was filed electronically and sent by first class mail, postage pre paid, to the following:

      Daniel Pearce Butler, Esq.
      Assistant United States Attorney
      Office of the U.S. Attorney
      555 4th Street, NW
      Washington, D.C. 20001

      /s/ Frederick D. Cooke, Jr.
      _____
      Frederick D. Cooke, Jr