U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| LORELLE S. DANCE | : | Case No. 06-046 (JDB) |
| | : | |

**FILED**
APR 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __3RD__ day of __APRIL, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __FBI SA JARED WISE__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE FBI WASHINGTON FIELD OFFICE__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA JARED WISE__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge/~~U.S. Magistrate~~  JOHN D. BATES