CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-0046
)
LORELLE DANCE )

FILED
APR 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____   Date: April 3, 2006
Judge John D. Bates