UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-046 (JDB) |
| | : | |
| v. | : | |
| | : | |
| LORELLE S. DANCE, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO CONVERT THE
STATUS HEARING DATE TO A SENTENCING DATE**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby respectfully submits this motion requesting that the currently set status hearing date of August 31, 2006, at 9:00 a.m., be converted to a sentencing date. There presently appears to be no reason to further delay sentencing in this case.

**I. FACTUAL BACKGROUND**

1. On April 3, 2006, defendant Lorelle Dance pled guilty before the Court to Count One of an eleven-count Indictment. Count One charged defendant with conspiring with others, in violation of 18 U.S.C. § 371, to commit wire fraud in a way that deprived the D.C. Public Schools ("DCPS") of her honest services as a business manager for DCPS and, being a public official, to receive bribes. Defendant is on release on her own personal recognizance pending sentencing.

2. Pursuant to the obligations under the plea agreement, the defendant has met with representatives of the government. At this time, there appears to be no reason for additional meetings or to delay sentencing.

3. The initial Pre-Sentence Investigation Report has already been prepared in this case and, according to the Probation Officer, the final report is due on August 24, 2006.

4. The undersigned attorney for the government has sent an e-mail message to (8/2/06) and left a voice-mail message with (8/3/06) defense counsel, Frederick D. Cooke, Jr., seeking his position on this motion, but has not heard back from defense counsel as to his position.

## II. CONCLUSION

For the foregoing reasons, the United States hereby respectfully requests that the current date of August 31, 2006, at 9:00 a.m., scheduled for a status hearing, be converted to the date and time for sentencing.

                Respectfully Submitted,

                KENNETH L. WAINSTEIN
                UNITED STATES ATTORNEY
                D.C. Bar Number 451058

                /s /
                _____
                JULIEANNE HIMELSTEIN
                D.C. Bar # 417136
                DANIEL P. BUTLER
                D.C. Bar # 417718
                ASSISTANT U.S. ATTORNEYS
                555 Fourth Street, N.W.
                Washington, D.C.  20530
                (202) 514-8203 and (202) 353-9431
                Julieanne.Himelstein@USDOJ.Gov
                Daniel.Butler@USDOJ.Gov