UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-046 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **LORELLE S. DANCE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

The United States of America, having filed a motion to convert the status hearing date in this case to a sentencing date, and for good cause shown, it is hereby

**ORDERED** that the currently set status hearing date of August 31, 2006, at 9:00 a.m., is converted to the date and time for the sentencing in this case.

_____     _____
DATE                                        THE HONORABLE JOHN D. BATES
                                            UNITED STATES DISTRICT COURT JUDGE

cc:   Mr. Frederick D. Cooke. Jr.
      Counsel for Defendant

      Ms. Julieanne Himelstein
      Mr. Daniel P. Butler
      Assistant United States Attorneys