Honorable Judge John Bates, US District Judge
US Court House
333 Constitution Avenue, NW
Washington, DC 20001

August 24, 2006

To the Honorable Judge Bates:

I have known Lorelle Dance for seventeen years. We have been married for fifteen years and have remained friends for the entire time through good and bad times. Lorelle has a good soul for all. She has raised my son, Terrance Jr. since he was 18 months old. He was an abandon by his mother. Presently, he is 21 years old in college. And, we have an 8-year-old son, Terrell together who loves life and makes everyone smile.

Lorelle has set the tone for other to live to live in a more congenial manner. She has done this through controlled restraint and much love. Lorelle has opened our home as well as our hearts with a student, who was from an abusive home; later the court allowed him (Charles Monroe) to live with us until he completed high school on time and thereafter enrolled in Virginia Union College.

Lorelle has shown remorse for her mistake through spiritual healing and letting our oldest son as well as students know about making better life long choices. She continues to keep her uplifting spirit for the kids as well. We have (7) godchildren who in some form look for her guidance as well as the students she has taught throughout the years and family members.

I am asking not to remove my friend, my wife from our lives. She is the core of our world.


Sincerely,

*Terrance Dance Sr*

Terrance Dance, Sr.

Geraldine Bowie
2400 Berkley Street
Temple Hills, Maryland 20748
24 August, 2006


Honorable Judge John Bates, US District Judge
US Court House
333Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Bates:

As the "proud" mother of Lorelle Bowie Dance, I see a blossom which showed early signs of a caring, thoughtful, concerned and determined individual. Lorelle would and still does put others before self. From an early age, Lorelle has shared me with her friends so that I'm known as 'Momma Bowie'. Since she has shared me with others and watched me interact with them, Lorelle has developed her own wonderful rapport in assisting others. I often get calls and have listened to the wonderful comments about my daughter!

Lorelle's sons have benefited from instructions from their mother. Observing her techniques of listening, thinking and absorbing the issues have helped them to become intense individuals. On top of it all, a little over two moths ago, I was admitted to the hospital for open heart surgery with a quadruple by-pass. It was Lorelle's devoted concern and diligent care which has helped me progress this far. In spite of everything Lorelle still maintains a family, a home and a job as well as charity work.

The world and I are blessed with the constant, consistent joy of knowing Lorelle.


Respectfully,

Geraldine Bowie
Mother of Lorelle Bowie Dance

Deborah L. Proctor
6575 Tip Hill Drive
LaPlata, Maryland   20646

August 28, 2006

The Honorable Judge John Bates
United States District Judge
U.S. Court House
233 Constitution Ave, N.W.
Washington, D.C.  20001

Dear Judge Bates,

I am writing to you on behalf of Lorelle Dance, who I have known for 36 years.  We have been lifelong friends, growing up together in the same neighborhood and attending the same elementary, junior high, and high schools.  I can honestly attest to the fact that she is a very diligent, hard working and conscientious person who would not intentionally violate the law.  She has never been in trouble with the authorities until this incident with the District of Columbia Public School System.  Lorelle has always been and continues to be a role model for her friends and relatives.  I truly respect and admire her constant efforts to motivate and shepherd the young adults in her church and community.  She plays an integral part in helping these youth determine their goals, along with a means of achieving them.  On numerous occasions, Lorelle has voluntarily escorted teenagers to colleges and other higher learning institutions as well as vocational schools to broaden their minds and allow them to see beyond their present state of being.  I often wonder how she has the time and energy to take care of her family and others as well.  I implore you to weigh her positive influence on the community and have leniency on Lorelle when rendering your decision.  I thank you in advance for any consideration given this request.

Sincerely,

*Deborah L. Proctor*

Deborah L. Proctor

Cc:  Attorney Fred Cook, Jr.
     1155 Connecticut Avenue, N.W.
     Suite 600
     Washington, D.C.  20036

**Joan V. Jones, ACSW**
8715 Idlewilde Farm Place
La Plata, MD 20646

August 26, 2006

The Honorable Judge John Bates
United States District Judge
US Court House
233 Constitution Avenue NW
Washington, DC 20001

Dear Judge Bates:

I am writing to you on behalf of Lorelle Dance, primarily regarding my knowledge of her as an employee under my supervision at the Department of Human Services, Washington, DC, in the Income Maintenance Administration, Bureau of Program Operations, from 1995 to 1999. My own employment with the agency spanned 37 years, from October 1965 in the then Department of Public Welfare until my retirement in March 2000 from the Department of Human Services.

I was Chief of the Bureau of Program Operations, and hired Lorelle to work in my immediate office and assist with the management of the Bureau. A principle objective of the Bureau was to help more of our clients achieve economic self-sufficiency through employment or self-employment, thereby leaving the welfare rolls and becoming taxpaying citizens. To accomplish that objective, it was important to provide Bureau staff of about 500 employees in nine Decentralized Service Centers the necessary tools to carry out their duties as efficiently as possible. Our annual budget for the operation of the Bureau was around $30 million dollars. Lorelle's primary duty was to help with managing the budget to insure that all of the obligations and objectives of the Bureau were met.

One major accomplishment in which Lorelle played a key role was a change in the manner in which the Bureau managed its client database. The Bureau changed its operations from a mainframe system of older model computers that only held client and related data to an automated system of personal computers with Internet capability. In addition, several substandard decentralized Centers were closed and staff reassigned to existing or newly renovated Centers. Lorelle was charged with assuring that furniture, equipment, supplies and other resources were ordered for all staff and Centers. It was also her duty to see that the budget was properly managed to ensure available funds for staff salaries, rents, and other obligations. Staff was often complimentary of the fact that they were finally being given sufficient resources and tools to properly do their jobs. Lorelle was dedicated to meeting the needs of Bureau staff.

Lorelle was an exemplary employee who was very diligent in the manner in which she carried out her work. She has a very engaging and pleasant personality, and always worked well with her co-workers. She accepted supervision responsibly and was thoroughly knowledgeable about her work and the tasks needed to accomplish the

objectives of the Bureau of Program Operations. Lorelle was a valuable employee to the Bureau and was without peer in her ability to perform her duties.

Lorelle was also a valuable asset to Shiloh Community United Methodist Church in Newburg, Maryland in Charles County. Several years ago, she established at the Church a Young People's Choir of elementary aged children, whose musical renditions under her direction rivaled that of the Senior Choir. She also assisted in exposing the children to events and opportunities, which they had not previously experienced, such as a trip to Disney World in Orlando, Florida. Lorelle was also instrumental in getting three separate adult singing groups of Shiloh Church to begin performing some hymns together, which they had never done previously, preferring to sing separately. The current Sanctity Unity Choir at the church is a direct result of her efforts, and their combined singing is a vast improvement over all of the individual groups.

Lorelle's involvement with Shiloh Church was temporary. She is a lifelong member of Nineteenth Street Baptist Church in Washington, DC where she has been deeply involved with the music and other programs of the Church. She readily extends herself to her family, her church family, her friends and different communities in need of her talents. She is a giving person who often places the needs of others above her own.

I appreciate the opportunity to give you my assessment of Lorelle's performance in the Department of Human Services, Bureau of Program Operations, and in community service. I trust you will consider her valuable service to the District and its citizens, while in the Bureau, and the fact that she is basically a good and caring person, in rendering your decision regarding her case.

Respectfully Submitted,

Joan V. Jones

Cc: Attorney Fred Cook, Jr.
     1155 Connecticut Avenue NW
     Suite 600
     Washington, DC 20036

2

AUGUST 26, 2006

DEAR HONERABLE JUDGE JOHN BATES:

I THANK YOU FOR THIS OPPORTUNITY TO

DO WHATEVER IS IN MY POWER TO HELP

THE ONE PERSON IN MY LIFE WHO HAS

MADE A DIFFERENCE.   SO MUCH,

THAT I COULD ONLY BE AS STRONG AS

I AM AND PRODUCTIVE WITH MY LIFE AS

I AM, WITHOUT  LORELLE S. BOWIE-DANCE.

I LOVE HER WITH EVERY THING I HAVE

IN MY THIRTY YEAR OLD BODY, AND LIFE

WOULD NEVER BE THE SAME IF VOIDED

WITH HER LOVE, STRENGTH, AND CARING

HEART.   UP TO TODAY, ON A DAILY

BASIS, LORELLE HELPS TO KEEP ME

CENTERED, CONTINUING TO BE THE ADULT

MY OWN MOTHER WOULD HAVE BEEN PROUD TO SEE.

LORELLE WAS FIRST ON THE SCENE. IT WAS APRIL 19, 1995, I HAD JUST FOUND MY MOTHER UNEXPECTEDLY ON HER DEATH BED. I WAS ALMOST NINETEEN IN A MATTER OF MONTHS, AND AT THAT MOMENT, IT WAS A REALITY THAT MY BABY FOUR YEAR OLD BROTHER WERE LEFT TO SURVIVE ON OUR OWN. I HAD KNOWN LORELLE AT THIS POINT FOR ATLEAST TWO YEARS SINCE MEETING HER AT MY HIGH SCHOOL AS A SUBSTITUTE TEACHER. SHE LOOKED AND SEEMED SO APPROACHABLE, AND FOR A TROUBLED TEEN LIKE MYSELF, MY GUIDANCE WAS OFF COURSE AND MY

JUDGEMENT WAS NEAR DANGEROUS.

HOWEVER, FOR SOME ODD REASON, I FELT

COMFORTABLE IN ASKING THIS STRANGER

SUBSTITUTE WOMAN THAT I WANTED TO DO

SOMETHING THAT I NEEDED AND VALUED

HER OPINION ON MAKING THE DECISION.

WELL, HER OPINION WOULD LAST FOURTEEN

YEARS LATER, BECAUSE IT WAS THEN,

LORELLE ALLOWED ME TO CONSIDER HER

MY GODMOTHER. AT THAT MOMENT, SHE

LOOKED AT ME, ASKED ME TO SIT, IN ORDER

TO EXPLAIN THE RAMIFICATIONS OF MY WOULD BE

ACTIONS. THINGS LOOKED TEMPTING FOR

A GIRL LIKE ME; A MOTHER ON DRUGS, NO DAD,

LIVING IN ONE OF THE WORST NEIGHBORHOODS

IN WASHINGTON, DC. I HAD WATCHED

LIFE SLIP FROM A TO Z IN A MATTER OF A
COUPLE OF YEARS , BUT HER OPINION STOPPED
ME IN MY TRACKS , IT MATTERED .   SHE TOOK
ME UNDER HER WING LIKE A BIG EAGLE WITH
LARGE WINGS , AND HELPED RAISE ME AND MY
BROTHER .  FROM THE WALKING DEAD I ROSE TO
BECOME SOMEBODY , SHE KNEW COULD
BECOME ONE OF THE BRIGHTEST PEOPLE ON
EARTH , WITH A PUSH AND A TRY .   MY MOTHER
WOULD ASK , "WHO IS SHE , IS SHE TAKING MY
PLACE ? ".    LORELLE WOULD PICK ME UP TO
SING IN THE CHOIR ON SUNDAY MORNINGS , SHE
FED ME , CELEBRATED MY 19th BIRTHDAY FOR
ME , CLOTHED ME , HOUSED ME , NURTURED
ME , TAUGHT ME HOW TO DRIVE .   SHE KEPT
ME SAFE AND WARM IN THE LARGEST OF

5.

SNOW STORMS, SHE LET ME CRY ON HER

SHOULDER, STILL TO THIS DAY, THROUGH ALL

HEART ACHE AND PAIN, GIVING ME THE SUPPORT

A MOTHER WOULD GIVE HER BROKEN-HEARTED

CHILD. SHE HAS TAUGHT ME HOW TO RESPOND

TO OTHERS, TO GO FOR WHAT I WANT IN LIFE.

HER OWN LIFE WAS AN EXAMPLE FOR ME IN

HOW TO KEEP FOOD ON THE TABLE, AND

CREATE A LOVING HOME, SHE IS A GOOD

PERSON!

IT WAS 4AM, NO WHERE TO TURN,

BUT IT WAS LORELLE WHO HELPED

PLAN THE FUNERAL, HOUSE ME UNTIL ON

MY FEET, HELPED ME FIGHT FOR

CUSTODY OF MY BROTHER AND SISTER,

HOW COULD I EVER REPAY HER?!!

6.

SOON I WOULD GET MY DEGREE
MEANWHILE TOTALLY SURVIVING BECAUSE OF
THIS WOMAN, SHE MADE SURE OF IT!
RAISING TWO TEENAGERS HAS BEEN EXTREMELY
HARD, I CONSIDER LORELLE THE FATHER AND
I, THE MOTHER, WE ARE A TEAM! MANY
TIMES I HAVE ASKED "WHY ME",
BUT LORELLE SEEMS TO EASE THE TENSION
EVERY TIME.
YOUR HONOR, SHE IS EVERYTHING A
PERSON WALKING THIS EARTH SHOULD BE.
LORELLE DANCE IS A REAL HUMAN
BEING THAT SEES NO FAULTS IN OTHERS,
BUT ONLY THOSE SHE POCESSES. SHE
IS HARD ON HERSELF, BUT NOT OTHERS.
IT IS ALMOST UNFAIR TO CONCEIVE

7.

SHE IS IN THIS SITUATION, FOR WHICH HER REMORSE IS UNDESCRIBABLE. NO ONE WILL APPRECIATE WHAT SHE HAS ENDURED BY BEING SO GIVING, AND UNSELFISH, BECAUSE VERY FEW ARE LIKE LORELIE. THEY WILL NEVER UNDERSTAND WHAT IT FEELS LIKE TO CUT ALL OF YOUR OWN HAIR OFF, BECAUSE YOUR GOOD FRIEND WAS JUST DIAGNOSED WITH CANCER, OR PROPPING EVERYTHING IN AN INSTANCE, IN ORDER TO MAKE YOUR SITUATION BETTER. SHE HAS GIVEN HER TIME, LIFE, MONEY, TO RECIEVE ABSOLUTELY NOTHING IN RETURN, NOT EVEN FROM HER OWN FAMILY. NO GIVING IN ORDER TO RECIEVE, NO SELFISHNESS, NO HIDDEN AGENDAS, JUST A TRUE FRIEND.

8.

I BEG FOR HER FREEDOM TO CONTINUE TO BE AN ANGEL. I DO NOT KNOW WHERE I WOULD TURN WITHOUT HER. SHE DESEARVES HER LIFE, SHE DESEARVES TO FINALLY REEP THE BENEFITS OF BEING A GOOD PERSON, IT'S HER TURN.

IF I NEVER WERE TO HAVE ANOTHER GOOD MOMENT IN MY LIFE, JUST PLEASE GIVE ME MY GODMOTHER. SHE ABSOLUTELY MEANT NO HARM, SHE JUST GOT CAUGHT IN HER OWN GOODNESS. THE GOODNESS THAT IS RARE IN ALL OF US. SHE'S ONE OF A KIND!

Thank you Your Honor for your Sincere Thought to this Message.

CC: Attny Frederick Cook    God Bless    Veronica M. Jenkins

VERONICA M. JENKINS, GODAUGHTER
(202) 309-3780

# MRS. PAULETTE BLAND GAINES

8309 Deerstill Way
Clinton, Maryland 20735
(301) 856-1378

August 23, 2006

Judge John Bates
U.S. District Judge
U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C.  20001

Dear Judge Bates,

This is to put on record my personal knowledge of Mrs. Lorelle Dance. I am aware of her present legal situation and her deep remorse of what has happened.

I have known Lorelle before she came to Booker T. Washington Public Charter High School. She was the godmother of one of my former students-Charles Monroe. Mrs. Dance was able to guide Charles while he pursued his dream of attending college. At Booker T., Mrs. Dance worked as a long-term substitute teacher.

During her tenure at Booker T, I came to know Lorelle as a woman of utter integrity and concern for the students. As an educator, Lorelle chaired the homecoming committee and through her efforts, the school experienced its first Junior/Senior prom. This was a very successful event. She also worked very hard with the senior class by encouraging the young people to attend college or seek meaningful employment.

In addition to her character, devotion, ability and talents, Mrs. Dance is also blessed with a loving and supporting family. I truly consider Lorelle Dance a friend and an asset for her community.

Sincerely,

Mrs. Paulette B. Gaines


cc: Attorney Fred Cook, Jr.

August 23, 2006



RECEIVED

AUG 28 2006

RUBIN, WINSTON, DIERCKS
HARRIS & COOKE LLP

The Honorable John Bates
United States District Judge
District of Columbia
United States Court House
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Bates:

This letter is written as a character reference for Mrs. Lorelle Bowie Dance.

I have known Mrs. Dance for thirty (30) years. As a young teenager, she along with her family are faithful members of our church, Nineteenth Street Baptist Church. As a close knit congregation we provided a caring spiritual environment for our children and youth to ensure that they become productive citizens.

Throughout the years I have known her she has applied the many lessons learned of self-discipline to her daily living. Her personal behaviors of responsibility, consideration for others in speech and in actions, cooperativeness and commitment, were always prominent as she assumed leadership roles and responsibility among her peers, members of her Church community, and those she came in touch with.

She has been an active member in our Church School ( Sunday School ) through the years; provided leadership in forming a Young People's Choir; participated in and help choreograph our liturgical dance group; and always willing and ready to provide assistance to those in need, both young and elderly and taught her children to do likewise.

She is truly an asset to our Church Community.

Sincerely,

*Margie L. Thomas*

Margie L. Thomas
Church School Superintendent
901 Sixth Street SW #707A
Washington DC 20024

CC: Frederick Cook, Jr. Esq.

August 25, 2006



The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

        Re:   <u>Mrs. Lorelle Dance</u>

Dear Judge Bates:

        I write in support of Mrs. Lorelle Dance. As a former student of Mrs. Dance I
have known her for approximately two years. During these two years, she has taught and shown
me a great deal of life skills. I first met Mrs. Dance when I was in high school. None of the
teachers and staff there believed in me. I was viewed as a disruptive individual who wasn't
expected to succeed in life. As you can imagine, knowing how the staff perceived me was very
discouraging. The Dean of Students even said to me, "I feel sorry for you when you leave here."
What distressing words to say and hear! The really sad part was that the comment was not just
meant for me but for all the other students as well. I immediately went to Ms. Dance and told
her. Ms. Dance's response was "Joseph, don't worry about what they say. Some adults don't
know how to be an adult in certain situations. All you need to worry about is graduating on
time."

        With her encouragement and support, graduating became my goal and I did well.
Mrs. Dance and her husband even bought my tuxedo for the Prom. I am truly grateful for all of
the many things that the Dance family did for me because I know without a doubt that if Mrs.
Dance had not pushed me to beat the odds I would still be stuck in a state of mental bondage
with no purpose or direction. Thanks to her my life has taken a 360° turn.

        Mrs. Dance has been a loving and caring teacher since the first day I met her. Not
only has she always been a positive role model for me, but for many other students as well. Mrs.
Dance continues to be an encouraging and inspiring influence on all of us. I truly believe that
she is remorseful. Thank you.

                        Sincerely,

                        Joseph Brown
                        1510 Van Buren Street, NW
                        Washington, DC 20012

cc:    Frederick Cooke Jr., Esquire

Malikah Ash
9560 Cannoneer Ct.
Unit 402
Manassas, VA 20110
703-365-9077



August 23, 2006

Frederick Cooke Jr., Esq.
1155 Connecticut Avenue
Suite 600
Washington, DC 20036

Attorney Frederick Cooke:

Subject: Lorelle Dance

This letter is written in support of Mrs. Lorelle Dance. I have known Mrs. Dance since 2001. She has been a colleague and a dear friend over the past five years. I have spoken with her at length regarding her case and the circumstances surrounding it. She is aware of her mistake and is extremely remorseful.

She is a good wife to her husband Terrence and a devoted mother to her sons, Terrence Jr. and Terrell. She has always has a close and loving relationship with her immediate and extended family. Lorelle has always been actively involved in her church serving as a choir director, Sunday school teacher and liturgical dance leader.

She is an extremely kind and loyal person with a great deal of integrity. I am proud to call her friend. Her friendship is something that I value tremendously. She is a blessing to me and all those who know her.

If I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Malikah Ash

161-4 Garden Path
Winston-Salem, NC 27104
August 24, 2006



RECEIVED
AUG 2 8 2006
RUBIN, WINSTON, DIERCKS,
HARRIS & COOKE LLP

Honorable Judge John Bates, US District Judge
US Court House
333 Constitution Avenue, NW
Washington, DC 20001

To the Honorable Judge Bates:

The purpose of writing this is to offer a character reference on behalf of Lorelle Dance, whom I have known for over 30 years.

Ever since I have known Lorelle Dance, she was very active in her church and community. She is a person who will go beyond the limits to help someone in need. As a college student, Lorelle and I became close when I joined the People's Ensemble of the Nineteenth Street Baptist Church. Under Lorelle's and her mother's direction, we would sing every third Sunday and on other special occasions. In addition to directing the chorus, Lorelle would direct the Young Adult Choir, choreograph dances for the Liturgical Dance Ministry and help with the Vacation Bible School. She was a wonderful influence for me and others at Nineteenth Street Baptist Church.

Lorelle has a big heart and because of this, she would reach out to people who were in need. Lorelle wanted to help the community, so we would take our chorus group on the road to different churches and raise money for youth programs, choirs and the building fund. One intimate memory of her benevolence is when we sang at the St. John's Memorial Church in order to raise money for the daycare, the choirs, and the television ministry. Reverend Paulette Brockington was overwhelmed with emotion as she thanked Lorelle for the outpouring of love she had shown to the Church. More specifically, Lorelle gave her own money and time to support the church's efforts. She is truly a quiet giant, (behind the scenes) that inspires people to push forward and accomplish goals.

Lorelle's nature and philosophy is to always look for the best in others and do whatever is necessary to help them perform to their fullest potential. Lorelle has been a mentor and a second mother to many children. Two years ago, she took a young teenage male (Charles Monroe) into her home, because he had no where else to go. She made him apart of her family while already raising two sons of her own. After nurturing and providing a lovable, warm, protecting environment, she was able to motivate him to achieve good grades, graduate and help him get into college.

Lorelle has truly been an inspiration to me in many ways. In 2002, I was diagnosed with hyperthyroidism. She helped me through this difficult time in my life by being my support system and doing whatever it was necessary to safeguard my health. Lorelle is a true friend who has the ability to touch lives in a positive way. Additionally, she is inspirational, trustworthy, dependable, caring and humble.

As you can see, one person can make a difference. In the words of John J. Mcloy, he states that, "Humility leads to strength and not to weakness. It is the highest form of self-respect to admit mistakes and to make amends for them". Lorelle Dance had an unfortunate incident to occur in her life and she feels very remorseful. She is a changed person and has learned from her mistakes. If you believe in second chances, giving her one would be a true asset to the community.

Thank you for your consideration.

Respectfully,

Loretta Avery

4416 Castleford Court
White Plains, MD 20695
August 24, 2006

RECEIVED

AUG 2 8 2006

RUBIN, WINSTON, DI
HARRIS & COOK

Judge John Bates, US District Court Judge
US Court House
333 Constitution Avenue, N.W.
Washington, DC 20001

To the Honorable Judge Bates:

This letter is in reference to the character of Mrs. Lorelle Bowie Dance. I first met
Lorelle during the late 1960's, at the Nineteenth Street Baptist Church, in Washington,
DC. With the difference of ages by a few years, we were active in the church as well as
the church school. Lorelle was actively involved with the Girls Ensemble, Junior and
Senior Liturgical Dance Ministry, The Young Adult Choir, and assisted her mother with
the church school choir on special occasions.

Ever since I can remember Lorelle has demonstrated excellent leadership skills. In the
early 1980's, Lorelle asked me to join the People's Ensemble Choir. This was a choir
Lorelle organized with young adults from the church as well as her peers. This was truly
a family event. Every practice started off and ended in a prayer. This choir became an
extended family, due to the advice, support and most of all, the abundance of love we all
shared.

Lorelle mentored the young ladies in the Junior Liturgical Dance Ministry, as well as
some of her son's friends. Although this was not her responsibility, she felt compelled to
Mentor the youth in order to help them stayed focus and on track with their educational
endeavors. Lorelle encouraged students to further their education by supplying them
with college entrance materials, PSAT, SAT, ACT, and reminded them of college
deadlines. An example of her mentorship is when she would help the young ladies solve
teenage problems that they had encountered in church and in school.

Page 2

Her Mother-Daughter like conversations prepared the girls mentally and spiritually. More importantly, she was always the one you could call anytime, whether it was day or night. She has a way of communicating to the youth and not sounding like a nagging Mother. I know for a fact that Lorelle has a unique way of dealing with teenagers, because she has spoken to my 15 year old daughter about her career aspiration and has encouraged her to focus on higher level courses necessary for her college career.   She has even persuaded her to consider North Carolina A & T State University, her alma mater, to further her college experience. This is a great example of how she has touched the lives of our youth.

In closing, it is understood that Lorelle did not use good judgment. However she now realizes it was poor judgment on her part. Lorelle is very sorry for going against her values. I believe she has learned her lesson because she is a new person spiritually. Lorelle is a Mother, Wife, Daughter, Mentor and a Friend who is kind and caring.

Thank you in advance for taking the time in addressing this letter.

Sincerely,

Karen Sidney-Drumgold

cc
Attorney Frederick Cooke, Jr.



DR. JERRY A. MOORE, JR
1612 BUCHANAN STREET, NORTHWEST
WASHINGTON, D.C. 20011-4612

23 August 2006

To Whom It May Concern:

This letter will certify that I have known Lorelle Dance all of her life. She was reared in a good respectable family. Lorelle attended Church regularly and participated in a variety of activities. When she became a teenager she assisted her mother by directing a teenage group of singers that performed for worship services. As her pastor, I had frequent contacts with Lorelle and members of her family. They are upstanding members of the community.

Lorelle's recent problems with the law have come to my attention. This is regretted. Notwithstanding her error, she is redeemable. She has much to contribute to the community. Given the opportunity she will prove to be a shining star.

Very truly yours,

Jerry A. Moore, Jr. PhD



*Character reference*
*Lorelle Dance*



RECEIVED
AUG 2 3 2006
RUBIN, WINSTON, DIERCKS,
HARRIS & COOKE LLP

August 14, 2006

Honorable Judge John Bates
US District Judge
US Court House
333 Constitution Avenue NW
Washington, DC  20001

Dear Honorable Judge John Bates,

This letter is to serve as a character letter for Mrs. Lorelle Dance.  I have known Lorelle Dance for over twenty four (24) years.  Mrs. Dance and I met when she attended North Carolina Agricultural & Technical University where I was enrolled as a student as well.  My introduction to Mrs. Dance was facilitated by a trusted friend and has led to a kindred relationship that has lasted nearly a quarter of a century.  My relationship with Mrs. Dance quickly became one of "family" and I, too have been welcomed into her family for years.  I have observed Mrs. Dance grow professionally and personally from a grounded college student to a mature woman, wife, mother and friend.

Mrs. Dance has discussed her mistake with me openly, honestly, with much remorse.  Having been invited as an "adopted" member of Mrs. Dance's family, I have had the good fortune to have access to the tutelage of her mother and father, aunts, cousins, sibling and family who have had a positive influence on my personal and professional life.  Mrs. Dance comes from a family with strong core moral values and possesses these strong values.

I have not had the opportunity to reside in the same city as Mrs. Dance since college, as my career has taken me to other parts of the country; however, our relationship remains as close as it was twenty four years ago.  Mrs. Dance has always been open and honest with me and has expressed genuine regret for her actions.  Over the years as a native resident to the Washington Metropolitan area, Mrs. Dance has gained a wealth of respect from her family, colleagues, friends, acquaintances and church family.  Mrs. Dance gives of her time and her finances to help those less fortunate.  I have personally witnessed Mrs. Dance sacrifice for children of all backgrounds.

It is with much sadness in my heart that I am writing a letter for Mrs. Dance for this situation; however, it is my pleasure to do so.  I trust and know that Mrs. Dance has grown tremendously from her actions which are uncharacteristic of the Lorelle Dance that I know and love.  Despite Mrs. Dance's actions, I stand beside her.  It is my hope that the court shows Mrs. Dance mercy and utilizes her skills to make a difference in the community.

Page 2

Thank you for the opportunity to present this letter.

Respectfully,

*Tracy Hill*

Tracy Hill

Cc:  Attorney Frederick Cooke, Jr.

August 20, 2006


RECEIVED
AUG 2 3 2006
RUBIN, WINSTON, DIERCKS,
HARRIS & COOKE LLP

Judge John Bates, U.S. District Judge
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Bates:

My name is Jaleya D. Leonard. I have known Mrs. Lorelle Dance since I was four years old, while attending the same church. My relationship with Mrs. Dance blossomed in September 2001, when we became members of the Liturgical Dance Ministry at our church. Since knowing Mrs. Dance, she has given me a lot of emotional support, especially since the passing of my grandmother on March 8, 2006.

Before my grandmother passed away, Mrs. Dance helped my sister make her decision on which college she was going to attend. The school in which my sister decided to choose is Mrs. Dance's Alma Martyr. So when my sister was away at college in North Carolina, Mrs. Dance offered to take me to visit my sister. She did this out of the kindness of her heart because she knows how much my sister means to me. My sister is now a junior accountant major and she is very pleased about the decision she made.

Since my grandmother's passing, Mrs. Dance calls me every day to check on me just to see how I am doing and if I have everything I need for college. She is like a spiritual mother to me, making sure I always keep God in the center of my life. Mrs. Dance is a phenomenal person. She never puts herself first; she always puts her family first and makes sure that her loved ones have the necessary tools they need in succeeding through every day life. For example, in 2001, Mrs. Dance allowed her older son's best friend to live with them because he had no other place to go. Even though she was going through problems at that particular time in her life, she knew that she could not turn her back on her son's best friend. While living in her home, he was able to finish high school and eventually attend college; he graduated last year.

If I ever have a problem with something, I always go to Mrs. Dance because she puts the predicaments in a spiritual aspect to make it clearer for me to get through the situation at hand. Mrs. Dance has made my transition from teenager to young adult simpler because she was once young. She knows the ups and downs of transitioning from high school to college. Her relationship with teens and young adults is a blessing because she can connect with each person on a different level. I believe she enhanced her skills regarding teenagers and young adults when she was a high school teacher at Booker T. Washington Public Charter School located in Washington, DC. Even there, people would always go to Mrs. Dance for advice or just someone to talk to because she listened to their problems and they confided in her.

She is truly a woman of God and only wants to do the will of God. People make mistakes. Yes, I recognize (as well as Mrs. Dance) that she made a mistake, but we learn from our mistakes and move on with our lives. We are only human. In the end, God is the number one judge. Please take this letter into consideration as you come to a closure with the case involving Mrs. Lorelle Dance.

Best regards,

Jaleya D. Leonard

cc:    Attorney Fred Cooke, Jr.
       1155 Connecticut Avenue NW Suite 600
       Washington, DC 20036