## UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | 1:06-cr-46 (JDB) |
| ) | |
| LORELLE S. DANCE,   ) | |
| ) | |
| Defendant.   ) | |

### NOTICE OF FILING

The Clerk of the Court will please note the filing of the attached letters of support on behalf of defendant.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr. D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

202 861 0870
202 429 06 57

Counsel for Lorrelle S. Dance

## CERTIFICATE OF SERVICE

     I, Frederick D. Cooke, Jr., do hereby certify that on this 30th day of August, 2006 a copy of the foregoing Notice of Fililng was filed electronically and sent by first class mail, postage pre paid, to the following:

          Daniel Pearce Butler, Esq.
          Assistant United States Attorney
          Office of the U.S. Attorney
          555 4th Street, NW
          Washington, D.C. 20001

                                        /s/ Frederick D. Cooke, Jr.
                                        _____
                                        Frederick D. Cooke, Jr